

BOSTON    NEW YORK
www.psdfirm.com
**POLLACK SOLOMON DUFFY LLP**
101 Huntington Avenue . Suite 530 . Boston, MA 02199
(617) 439-9800

December 10, 2020

**Via Email and First-Class Mail**

Amy St. Pierre
3 Bradley Lane
North Hampton, NH 03862
amy.stpierre25@gmail.com

  Re: **St. Pierre v. Griffin; Notice of Removal**

Ms. St. Pierre:

  I represent Mr. Stephen J. Griffin.

  Please take notice that the lawsuit captioned *Amy St. Pierre v. Stephen J. Griffin.*, Docket No. 218-2020-CV-01230 has been removed to the United States District Court for the District of New Hampshire, Civil Action No. 20-CV-1173.

  I understand that you are proceeding *pro se*. A copy of the removal papers and the notice filed with the Rockingham County Superior Court are enclosed herewith.

            Sincerely,

            Phillip Rakhunov