## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| AMY ST. PIERRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN J. GRIFFIN, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 20-CV-1173-PB<br><br>**HEARING REQUESTED** |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Stephen J. Griffin, by his counsel Pollack Solomon Duffy LLP, respectfully moves this court to dismiss the Complaint in its entirety. Defendant Stephen J. Griffin submits the enclosed Memorandum of Law and a Declaration of Phillip Rakhunov, dated December 28, 2020, in support of this motion.

Dated:   December 28, 2020                           Respectfully submitted,

                                                                                                STEPHEN J. GRIFFIN

                                            By:     /s/ Phillip Rakhunov
                                                      Phillip Rakhunov (#17153)
                                                      POLLACK SOLOMON DUFFY LLP
                                                      101 Huntington Ave., Ste 530
                                                      Boston, MA 02199
                                                      prakhunov@psdfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that plaintiff Amy St. Pierre is being served with a copy of this Motion by via Electronic Filing as an authorized *pro se* user (see ECF No. 4 & 12/24/2020 Order) and by email at amy.stpierre25@gmail.com.

/s/ Phillip Rakhunov

2