UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Amy St. Pierre, | ) | |
| | ) | |
| Plaintiff | ) | **NOTICE OF SUBPOENA** |
| | ) | |
| v. | ) | Civil No. 1:20-cv-01173-PB |
| | ) | |
| Stephen J. Griffin, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that the plaintiff has issued subpoenas duces tecum in the forms attached hereto and that the items produced in response thereto, if any, will be available for inspection and copying.

Respectfully submitted,

AMY ST. PIERRE, *pro se*

By: /s/ Amy St. Pierre
Amy St. Pierre (*pro se* Plaintiff)
3 Bradley Lane
North Hampton, NH
Tel: (856) 264-2401
Dated: Jan 17, 2021                                    Email: amy.stpierre25@gmail.com

## CERTIFICATE OF SERVICE

The undersigned certifies that defendant Stephen J. Griffin is being served with a copy of this Motion by via Electronic Filing.

                                                         /s/ Amy St. Pierre  
                                                         Amy St. Pierre (*pro se*)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Amy St. Pierre, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 1:20-cv-01173-PB |
| ) | |
| Stephen J. Griffin, ) | |
| ) | |
| Defendant. ) | |

### SUBPOENA DUCES TECUM

**To:** **Keeper of Records**
**Google LLC**
**Google North America Inc.**
C/O Corporation Service Company
10 Ferry Street, S313
Concord, NH 03301

**Google LLC**
**1600 Amphitheatre Parkway**
**Mountain View, California 94043**

You are hereby required to produce the following documents on or before February 28, 2021, at the office of Amy St. Pierre, 3 Bradley North Hampton, NH 03862, (amy.stpierre25@gmail.com), as they are relevant and necessary for the resolution of this action:

1. All activity for Google Drive account amystp25@gmail.com between December 25, 2018, and January 5, 2019; and

2. Account holder and user profile information (including IP addresses) of those accounts that accessed any data stored on or made any changes to the above-referenced Google Drive account between December 25, 2018, and January 5, 2019.

Failure to comply with this subpoena may subject you to legal penalties.

Dated: January 17, 2021                                      Signed Justice of the Peace/Notary


                                                              _____

                                                              Printed Name


Issued at the request of:

Amy St. Pierre (*pro se* Plaintiff)
3 Bradley Lane
North Hampton, NH
Tel: (856) 264-2401
Email: amy.stpierre25@gmail.com