UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Amy St. Pierre

    v.

                                   Case No. 20-cv-1173-PB

Stephen J. Griffin

JUDGMENT

    In accordance with the Order by Judge Paul Barbadoro dated September 30, 2021, judgment is hereby entered.

    The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                        By the Court:

                                                          Daniel J. Lynch
                                                          Clerk of Court

Date: September 30, 2021

cc: Amy St. Pierre, pro se
    Phillip Rakhunov, Esq.